**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Katie M. Hastie fka Katie M. Palochik<br>Darrell W. Hastie Jr.<br>　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 20-23469 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas
　　　　　　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　　　　　　28 Dec 2020, 15:42:00, EST

　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　　　　　　　Maria D. Miksich, Esq. (319383) ☐
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com