**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/22/2022

IN RE:

DARRELL W. HASTIE, JR.
KATIE M. HASTIE
1705 VICTORIA AVENUE
ARNOLD,  PA  15068
XXX-XX-7771         Debtor(s)

XXX-XX-8283

Case No.20-23469 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/22/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6241 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK LEASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES GAS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 4   INT %: 6.50%<br>Court Claim Number: 3<br>CLAIM: 39,492.85<br>COMMENT: CL3GOV\*773/MO@LTCD/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7000 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>1050 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR\*700/PL\*DKT4PMT-LMT\*BGN 1/2021 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1505 |
| **DOMESTIC RELATIONS OBLIGATION**<br>RECIPIENT | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DIRECT/CONF\*NT PROV/PL\*JESSICA BROWN~ND ADR/SCH | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,514.28<br>COMMENT: X0963/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1002 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,136.48<br>COMMENT: MACYS AMEX CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3973 |
| **APPLE CREDIT CARD**<br>1002 JUSTISON ST<br>WILMINGTON, DE 19850 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9547 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 9,119.13<br>COMMENT:  CROSS RIVER*BEST EGG*FR RESURGENT-DOC 43 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0946 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 4,068.31<br>COMMENT:  FR RESURGENT/BEST EGG-DOC 35 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3594 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 10,517.97<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4695 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 6,174.25<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1353 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,672.47<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2100 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,616.82<br>COMMENT:  HSBC BANK*CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5223 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 2,478.04<br>COMMENT:  SYNCHRONY*WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0889 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  WALMART/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0889 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,327.22<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4000 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8547 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3943 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 25-2<br>CLAIM: 255.94<br>COMMENT: CITIBANK\*BEST BUY\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9766 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 26-2<br>CLAIM: 1,610.63<br>COMMENT: X0737/SCH\*CITIBANK\*THD\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0734 |
| **CITIZENS BANK NA(\*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7AL5 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA  15108-4212 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,600.05<br>COMMENT: X9749/SCH\*AK VALLEY FCU | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7000 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 417.78<br>COMMENT: CHILDRENS PLACE/SCH\*MY PLACE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4368 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br><br>KIRKLAND, WA  98083-2489 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 589.78<br>COMMENT: COMENITY\*WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1441 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 993.69<br>COMMENT: ULTIMATE REWARDS MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4466 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~DEBORAH PALOCHIK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 34,071.11<br>COMMENT: X0008/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7771 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **GS BANK USA**<br>PO BOX 45400<br><br>SALT LAKE CITY, UT 84145 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0519 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING, TX 75014 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:33<br>CLAIM: 127.01<br>COMMENT: CAP 1/SCH*ACCT OPENED 8/18/2017*NO PMTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2454 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:32-2<br>CLAIM: 10,482.33<br>COMMENT: LENDING CLUB CORP*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2602 |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA 91731 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 2,867.71<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5912 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 386.23<br>COMMENT: X0918/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8283 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 706.57<br>COMMENT: SYNCHRONY*AMERICAN EAGLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7214 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 326.78<br>COMMENT: SYNCHRONY*OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6256 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 341.71<br>COMMENT: SYNCHRONY*DICK'S SPORTING GOODS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0470 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:28<br>CLAIM: 2,210.29<br>COMMENT: SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6506 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 1,342.31<br>COMMENT: SYNCHRONY*SLEEP NUMBER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7413 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SLEEP NUMBER/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6394 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,111.35<br>COMMENT: X0819/SCH*638633952 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3952 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 804.59<br>COMMENT: X4509/SCH*639239527 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9527 |
| **ALLY BANK LEASE TRUST**<br>C/O ALLY SERVICING LLC<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 16,093.56<br>COMMENT: 478@ALLY FNCL/SCH G*16730/PL@478/MO*PMT/CLx34 REM MOS+$0ARRS | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4879 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 65.82<br>COMMENT: ID NUM: 0007*NT/SCH*NEGATIVE CHECKING | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7000 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 35,596.18<br>COMMENT: NT/SCH*FR PHEAA-DOC 46 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8283 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KLARNA CREDIT**<br>PO BOX 206487<br>DALLAS, TX 75320-6487 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: C/O WEB BANK/AMD F*2-10-21 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9668 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |