IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-23469 JAD |
| | ) | Chapter 13 |
| Darrell W. Hastie, Jr. | ) | Related Docket No.53 |
| Katie M. Hastie, | ) | |
|    *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Darrell W. Hastie, Jr. | ) | |
| Katie M. Hastie, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Darrell W. Hastie, Jr. and Katie M. Hastie, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On October 20, 2023, this Honorable Court entered an order at Docket No.53, approving the Debtors request to finance a new vehicle

2. The Debtors have decided not to finance a vehicle to replace their leased 2020 Jeep Wrangler which the lease has matured.

WHEREFORE, the Debtors, Darrell W. Hastie, Jr. and Katie M. Hastie, respectfully file this Report of Financing.

        Respectfully submitted,

November 7, 2023          /s/ Kenneth Steidl
DATE          Kenneth Steidl, Esquire
        Attorney for the Debtor(s)

        STEIDL & STEINBERG
        Suite 2830 – Gulf Tower
        707 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        ken.steidl@steidl-steinberg.com
        PA I.D. No. 34965