UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  DARRELL W. HASTIE, JR.<br>  KATIE M. HASTIE<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>  DARRELL W. HASTIE, JR.<br>  KATIE M. HASTIE<br><br>       Respondents | Case No.20-23469JAD<br><br>Chapter 13<br><br>Document No.   63 | FILED<br>1/22/26 2:39 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

    AND NOW, this  22nd  day of January , 20 26 it is hereby ORDERED, ADJUDGED, and DECREED that,

Defense Finance & Accounting Service
Attn: Payroll Manager-Agent/Veterans Affair
1240 E 9Th St Rm 1907 (Zpv)
Cleveland,OH 44199

is hereby ordered to immediately terminate the attachment of the wages of DARRELL W. HASTIE, JR., social security number XXX-XX-7771.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DARRELL W. HASTIE, JR..

BY THE COURT:

jsf

cc: Debtor(s)
    Debtor(s) Attorney

UNITED STATES BANKRUPTCY JUDGE
  Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23469-JAD |
| Darrell W. Hastie, Jr. | Chapter 13 |
| Katie M. Hastie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darrell W. Hastie, Jr., Katie M. Hastie, 1705 Victoria Avenue, Arnold, PA 15068-4107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Darrell W. Hastie  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Katie M. Hastie julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8