**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DARRELL W. HASTIE, JR.** |
| Debtor 2 (Spouse, if filing) | **KATIE M. HASTIE** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **20-23469JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**  QUICKEN LOANS LLC FKA QUICKEN LOANS INC

**Court claim no.** (if known):
10

**Last 4 digits** of any number you use to identify the debtor's account:    1    5    0    5

**Property Address:**    1705 VICTORIA AVE
Number        Street

NEW KENSINGTON                                                                PA        15068
City                                                                                          State      ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:    Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:    $    42,077.65

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on
February 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $    -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour    Date    01/30/2026
Signature

Trustee    Ronda J. Winnecour
First Name         Middle Name         Last Name

Address    CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number         Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone    (412) 471-5566    Email    cmecf@chapter13trusteewdpa.com

| Debtor 1 | **HASTIE, JR.** | | | Case Number **20-23469JAD** | | Page 1 |
| | Name | | | | | |

# History Of Payments

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 02/22/2021 | 1188798 | Amounts Disbursed To Creditor | 1,087.36 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2021 | 1192110 | Amounts Disbursed To Creditor | 906.98 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 04/26/2021 | 1195347 | Amounts Disbursed To Creditor | 725.53 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2021 | 1198461 | Amounts Disbursed To Creditor | 544.17 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2021 | 1201641 | Amounts Disbursed To Creditor | 906.79 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2021 | 1204843 | Amounts Disbursed To Creditor | 757.62 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2021 | 1207995 | Amounts Disbursed To Creditor | 768.49 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 09/24/2021 | 1211100 | Amounts Disbursed To Creditor | 768.71 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2021 | 1214174 | Amounts Disbursed To Creditor | 946.41 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 11/22/2021 | 1217207 | Amounts Disbursed To Creditor | 557.04 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 12/23/2021 | 1220289 | Amounts Disbursed To Creditor | 846.39 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2022 | 1223349 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 02/23/2022 | 1226215 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 03/25/2022 | 1229193 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 04/26/2022 | 1232232 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2022 | 1235274 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 06/27/2022 | 1238298 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2022 | 1241236 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 08/24/2022 | 1244118 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 09/27/2022 | 1247002 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2022 | 1249801 | Amounts Disbursed To Creditor | 662.96 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 11/23/2022 | 1252593 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 12/22/2022 | 1255334 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2023 | 1258065 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 02/23/2023 | 1260659 | Amounts Disbursed To Creditor | 656.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 03/28/2023 | 1263443 | Amounts Disbursed To Creditor | 704.84 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2023 | 1266257 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2023 | 1269126 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 06/26/2023 | 1272014 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2023 | 1274756 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 08/25/2023 | 1277548 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 09/26/2023 | 1280272 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2023 | 1282980 | Amounts Disbursed To Creditor | 680.74 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 11/27/2023 | 1285655 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 12/21/2023 | 1288229 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2024 | 1290931 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 02/26/2024 | 1293573 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2024 | 1296228 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2024 | 1298892 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 05/29/2024 | 1301596 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2024 | 1304122 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2024 | 1306733 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2024 | 1309287 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 09/25/2024 | 1311884 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2024 | 1314413 | Amounts Disbursed To Creditor | 674.10 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 11/25/2024 | 1316980 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 12/23/2024 | 1319361 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 01/28/2025 | 1321871 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 02/25/2025 | 1324280 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2025 | 1326781 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2025 | 1329254 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 05/23/2025 | 1331651 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2025 | 1334106 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2025 | 1336578 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2025 | 1338983 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 09/25/2025 | 1341398 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 10/24/2025 | 1343867 | Amounts Disbursed To Creditor | 692.64 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 11/21/2025 | 1346153 | Amounts Disbursed To Creditor | 687.60 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 12/23/2025 | 1348522 | Amounts Disbursed To Creditor | 687.60 |
| 10 | QUICKEN LOANS LLC FKA QUICKEN L | 01/27/2026 | 1350907 | Amounts Disbursed To Creditor | 687.60 |
| | | | | Total for Claim Number 10: | 42,077.65 |

**Total for Part 4 - a (Postpetition Payments):**     42,077.65

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of
Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as
follows:

DARRELL W. HASTIE, JR.
KATIE M. HASTIE
1705 VICTORIA AVENUE
ARNOLD, PA  15068

KENNETH STEIDL ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

QUICKEN LOANS LLC FKA QUICKEN LOANS
INC
1050 WOODWARD AVE
DETROIT, MI  48226

Dated: 01/30/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee