IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  20-23469 JAD |
| | ) | Chapter 13 |
| Darrell W. Hastie, Jr. | ) | Docket No. 70 |
| Katie M. Hastie, | ) | |
| *Debtor(s)* | ) | |
| | ) | **FILED** |
| | ) | 2/24/26 8:08 am |
| Darrell W. Hastie, Jr. | ) | CLERK |
| Katie M. Hastie, | ) | U.S. BANKRUPTCY |
| *Movant(s)* | ) | COURT - WDPA |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

**CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE**

AND NOW, to wit, this _____24th_____ day of __February_____, 2026, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors are of need of a new vehicle;

2. The Debtors have successfully completed their Chapter 13 plan;

3. The Debtors are approved to obtain a loan for no more than $30,000.00, with a monthly payment of no more than $600.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle or incur a new vehicle lease;

4. The Debtors are permitted to make direct payments on the loan as their Chapter 13 plan is completed.

jsf

_____
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

/s/ Kate DeSimone_____          /s/ Kenneth Steidl_____
Counsel for the Chapter 13 Trustee          Kenneth Steidl, Esquire
                                             Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 20-23469-JAD

Darrell W. Hastie, Jr.                                                                         Chapter 13

Katie M. Hastie
        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                    + Darrell W. Hastie, Jr., Katie M. Hastie, 1705 Victoria Avenue, Arnold, PA 15068-4107

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name                                    Email Address**

Denise Carlon
                        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
                        on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com

Kenneth Steidl
                        on behalf of Debtor Darrell W. Hastie  Jr. julie.steidl@steidl-steinberg.com,
                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
                        on behalf of Joint Debtor Katie M. Hastie julie.steidl@steidl-steinberg.com
                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Feb 24, 2026        Form ID: pdf900        Total Noticed: 1

Maria Miksich

       on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee

       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

       cmecf@chapter13trusteewdpa.com

S. James Wallace

       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 8