IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Darrell Hastie Jr. | ) | Case No. 20-23469 JAD |
| Katie Hastie | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Darrell Hastie Jr. | ) | |
| Katie Hastie | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor is not required to pay any Domestic Support Obligations.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On March 17, 2021, at docket number 40 and 41, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

3/9/2026
Date

/s/ Darrell Hastie, Jr.
Debtor

3/9/2026
Date

/s/ Katie Hastie
Debtor

Respectfully submitted,

3/19/2026
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 7th Ave- Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**