**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DARRELL W. HASTIE, JR.                                    Case No.:20-23469 JAD
KATIE M. HASTIE
        Debtor(s)                                  Chapter 13

Ronda J. Winnecour                                       Document No.:
Chapter 13 Trustee,
        Movant
    vs.
No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2026

/s/  Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/18/2020  and confirmed on 1/26/21 . The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 154,004.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 154,004.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,117.52 | |
|   Trustee Fee | 7,821.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,939.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 42,077.65 | 0.00 | 42,077.65 |
|   Acct: 1505 | | | | |
| CLEARVIEW FCU** | 39,492.85 | 39,492.85 | 6,909.89 | 46,402.74 |
|   Acct: 7000 | | | | |
| | | | | 88,480.39 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DARRELL W. HASTIE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG PC | 1,117.52 | 1,117.52 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-26 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALLY BANK LEASE TRUST** | 16,093.56 | 16,093.56 | 0.00 | 16,093.56 |
|   Acct: 4879 | | | | |
| ALLY BANK LEASE TRUST** | 600.21 | 600.21 | 0.00 | 600.21 |
|   Acct: 4879 | | | | |
| | | | | 16,693.77 |
| **Unsecured** | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0010 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,514.28 | 386.50 | 0.00 | 386.50 |
|   Acct: 1002 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,136.48 | 290.08 | 0.00 | 290.08 |
|   Acct: 3973 | | | | |
| APPLE CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9547 | | | | |
| LVNV FUNDING LLC | 9,119.13 | 2,327.57 | 0.00 | 2,327.57 |
|   Acct: 0946 | | | | |
| LVNV FUNDING LLC | 4,068.31 | 1,038.40 | 0.00 | 1,038.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3594 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 10,517.97 | 2,684.61 | 0.00 | 2,684.61 |
| Acct: 4695 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 6,174.25 | 1,575.92 | 0.00 | 1,575.92 |
| Acct: 1353 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,672.47 | 682.12 | 0.00 | 682.12 |
| Acct: 2100 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,616.82 | 412.68 | 0.00 | 412.68 |
| Acct: 5223 | | | | |
| LVNV FUNDING LLC | 2,478.04 | 632.49 | 0.00 | 632.49 |
| Acct: 0889 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0889 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,327.22 | 594.00 | 0.00 | 594.00 |
| Acct: 4000 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8547 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3943 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 255.94 | 65.33 | 0.00 | 65.33 |
| Acct: 9766 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,610.63 | 411.10 | 0.00 | 411.10 |
| Acct: 0734 | | | | |
| CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7AL5 | | | | |
| CLEARVIEW FCU** | 8,600.05 | 2,195.08 | 0.00 | 2,195.08 |
| Acct: 7000 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 417.78 | 106.63 | 0.00 | 106.63 |
| Acct: 4368 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 589.78 | 150.54 | 0.00 | 150.54 |
| Acct: 1441 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 993.69 | 253.63 | 0.00 | 253.63 |
| Acct: 4466 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 34,071.11 | 8,696.31 | 0.00 | 8,696.31 |
| Acct: 7771 | | | | |
| GS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0519 | | | | |
| KOHLS | 127.01 | 32.42 | 0.00 | 32.42 |
| Acct: 2454 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 10,482.33 | 2,675.51 | 0.00 | 2,675.51 |
| Acct: 2602 | | | | |
| LENDING CLUB CORP* | 2,867.71 | 731.95 | 0.00 | 731.95 |
| Acct: 5912 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 386.23 | 98.58 | 0.00 | 98.58 |
| Acct: 8283 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 706.57 | 180.34 | 0.00 | 180.34 |
| Acct: 7214 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 326.78 | 83.41 | 0.00 | 83.41 |
| Acct: 6256 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 341.71 | 87.22 | 0.00 | 87.22 |
| Acct: 0470 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,210.29 | 564.15 | 0.00 | 564.15 |
| Acct: 6506 | | | | |
| LVNV FUNDING LLC | 1,342.31 | 342.61 | 0.00 | 342.61 |
| Acct: 7413 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6394 | | | | |
| WELLS FARGO BANK NA | 1,111.35 | 283.66 | 0.00 | 283.66 |

20-23469 JAD                                                                                      Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| Acct: 3952 | | | | |
| WELLS FARGO BANK NA | 804.59 | 205.36 | 0.00 | 205.36 |
| Acct: 9527 | | | | |
| CLEARVIEW FCU** | 65.82 | 16.80 | 0.00 | 16.80 |
| Acct: 7000 | | | | |
| ECMC(*) | 35,596.18 | 9,085.57 | 0.00 | 9,085.57 |
| Acct: 8283 | | | | |
| KLARNA CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9668 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6241 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 36,890.57 |

TOTAL PAID TO CREDITORS                                                                     142,064.73

TOTAL CLAIMED
PRIORITY          16,693.77
SECURED          39,492.85
UNSECURED     144,532.83

Date: 04/27/2026                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DARRELL W. HASTIE, JR.
    KATIE M. HASTIE
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:20-23469 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23469-JAD |
| Darrell W. Hastie, Jr. | Chapter 13 |
| Katie M. Hastie | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: May 01, 2026 | Form ID: pdf900 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darrell W. Hastie, Jr., Katie M. Hastie, 1705 Victoria Avenue, Arnold, PA 15068-4107 |
| cr | | Rocket Mortgage, LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15322665 | + | Citizens, c/o Heartland EDCS, PO Box 718, Wexford, PA 15090-0718 |
| 15322675 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15322676 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15344399 | + | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2026 02:24:31 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 02 2026 02:23:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2026 02:24:20 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2026 02:24:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 02 2026 02:22:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15332019 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 02 2026 02:23:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15322634 | + | Email/Text: bncnotifications@pheaa.org | May 02 2026 02:22:00 | AES/PHEAA, Pob 61047, Harrisburg, PA 17106-1047 |
| 15325597 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2026 02:24:19 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15322635 | + | Email/Text: ally@ebn.phinsolutions.com | May 02 2026 02:22:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15322636 | + | Email/Text: bncnotifications@pheaa.org | May 02 2026 02:22:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15331614 | | Email/PDF: bncnotices@becket-lee.com | May 02 2026 02:24:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15322639 | + | Email/PDF: bncnotices@becket-lee.com | | |

| | | | |
|---|---|---|---|
| | | May 02 2026 02:24:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15322638 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 02 2026 02:24:32 | Amex, Po Box 8218, Mason, OH 45040-8218 |
| 15322637 | + Email/PDF: bncnotices@becket-lee.com | | |
| | | May 02 2026 02:24:08 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15322640 | + Email/PDF: bncnotices@becket-lee.com | | |
| | | May 02 2026 02:24:19 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15322641 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | May 02 2026 02:22:00 | Apple Credit Card, PO Box 7247, Philadelphia, PA 19170-0001 |
| 15322642 | + Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | May 02 2026 02:24:18 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15322644 | + Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | May 02 2026 02:24:06 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 15322650 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 02 2026 02:24:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322646 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 02 2026 02:24:07 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15331469 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 02 2026 02:24:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15322654 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 02 2026 02:24:19 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15322656 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | May 02 2026 02:24:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15322658 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | May 02 2026 02:24:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322660 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 02 2026 02:24:09 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322662 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 02 2026 02:24:20 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15322661 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 02 2026 02:24:32 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322663 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 02 2026 02:24:32 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322664 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 02 2026 02:24:09 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15322666 | + Email/Text: bankruptcy@clearviewfcu.org | | |
| | | May 02 2026 02:23:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322668 | + Email/Text: bankruptcy@clearviewfcu.org | | |
| | | May 02 2026 02:23:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322669 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 02 2026 02:23:00 | Comenity Bank/Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 15322670 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 02 2026 02:23:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15322671 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 02 2026 02:23:00 | Comenity Capital /Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15322672 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 02 2026 02:23:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15322673 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 02 2026 02:23:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po |

|  |  |  | Box 183003, Columbus, OH 43218-3003 |
| 15336545 | Email/Text: bnc-quantum@quantum3group.com | May 02 2026 02:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15388301 | Email/Text: ECMCBKNotices@ecmc.org | May 02 2026 02:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15322677 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 02 2026 02:22:00 | GS Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15322678 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 02 2026 02:22:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15329286 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 02 2026 02:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15337909 | + Email/Text: bankruptcy@webbank.com | May 02 2026 02:22:00 | Klarna, Inc., c/o WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15322681 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2026 02:24:07 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15322680 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2026 02:24:19 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335115 | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2026 02:24:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15322684 | + Email/Text: Documentfiling@lciinc.com | May 02 2026 02:22:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15322682 | + Email/Text: Documentfiling@lciinc.com | May 02 2026 02:22:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15343347 | + Email/Text: Documentfiling@lciinc.com | May 02 2026 02:22:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15322687 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 02 2026 02:24:20 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15322686 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 02 2026 02:24:08 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15326384 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 02 2026 02:24:08 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15330781 | + Email/Text: bncnotifications@pheaa.org | May 02 2026 02:22:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15342990 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2026 02:24:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15340514 | Email/Text: bnc-quantum@quantum3group.com | May 02 2026 02:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15340515 | Email/Text: bnc-quantum@quantum3group.com | May 02 2026 02:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15322689 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 02 2026 02:23:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15322688 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 02 2026 02:23:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15329200 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 02 2026 02:23:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15327796 | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2026 02:24:08 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0315-2                           User: auto                                    Page 4 of 5

Date Rcvd: May 01, 2026                        Form ID: pdf900                               Total Noticed: 82

| 15322691 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:06 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322690 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:17 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15323003 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2026 02:24:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15322693 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:29 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322692 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:18 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15322694 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15322695 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:06 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15322697 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322696 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:29 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15322699 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:06 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15322698 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:18 | Synchrony Bank/Select Comfort, Po Box 965036, Orlando, FL 32896-5036 |
| 15322700 | Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2026 02:24:06 | Synchrony Bank/Sleep Number, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15329809 | ^ MEBN | May 02 2026 02:14:15 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573768 | + Email/Text: EBN@edfinancial.com | May 02 2026 02:22:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15322701 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 02 2026 02:24:19 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15322703 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 02 2026 02:24:07 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15328124 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 02 2026 02:24:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15322674 | | Debra Palochik |
| 15322679 | | Jessica Brown |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15322643 | *+ | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15322645 | *+ | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 15322651 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322652 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322653 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: pdf900 | Total Noticed: 82 |

| | | |
|---|---|---|
| 15322647 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322648 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322649 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322655 | * | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15322657 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15322659 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322667 | * | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15322685 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15322683 | *+ | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15322702 | *+ | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15322704 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15328980 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 4 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:

**Name**                          **Email Address**

Kenneth Steidl

on behalf of Debtor Darrell W. Hastie  Jr. julie.steidl@steidl-steinberg.com,
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

on behalf of Joint Debtor Katie M. Hastie julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich

on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8