**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Darrell W. Hastie Jr. | Social Security number or ITIN   xxx–xx–7771 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Katie M. Hastie | Social Security number or ITIN   xxx–xx–8283 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–23469–JAD

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darrell W. Hastie Jr.

Katie M. Hastie
fka Katie M. Palochik

6/30/26

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                 **Chapter 13 Discharge**                 page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Darrell W. Hastie, Jr.

Katie M. Hastie

    Debtors

Case No. 20-23469-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jun 30, 2026 | Form ID: 3180W | Total Noticed: 84 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darrell W. Hastie, Jr., Katie M. Hastie, 1705 Victoria Avenue, Arnold, PA 15068-4107 |
| cr | | Rocket Mortgage, LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15322665 | + | Citizens, c/o Heartland EDCS, PO Box 718, Wexford, PA 15090-0718 |
| 15322675 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15322676 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15344399 | + | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 01 2026 04:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 01 2026 04:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 01 2026 04:50:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2026 00:56:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 00:58:36 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Jul 01 2026 04:50:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 01 2026 00:55:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15332019 | + | EDI: PHINAMERI.COM | Jul 01 2026 04:50:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15322634 | + | Email/Text: bncnotifications@pheaa.org | Jul 01 2026 00:55:00 | AES/PHEAA, Pob 61047, Harrisburg, PA 17106-1047 |
| 15325597 | + | EDI: AISACG.COM | Jul 01 2026 04:50:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15322635 | + | EDI: GMACFS.COM | Jul 01 2026 04:50:00 | Ally Financial, P.o. Box 380901, Bloomington, |

District/off: 0315-2 | User: auto | Page 2 of 6
Date Rcvd: Jun 30, 2026 | Form ID: 3180W | Total Noticed: 84

| | | | |
|---|---|---|---|
| | | | MN 55438-0901 |
| 15322636 | + Email/Text: bncnotifications@pheaa.org | Jul 01 2026 00:55:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15331614 | Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15322639 | + Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15322638 | + EDI: CITICORP | Jul 01 2026 04:50:00 | Amex, Po Box 8218, Mason, OH 45040-8218 |
| 15322637 | + Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:43 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15322640 | + Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:43 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15322641 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 01 2026 00:55:00 | Apple Credit Card, PO Box 7247, Philadelphia, PA 19170-0001 |
| 15322642 | + Email/PDF: MarletteBKNotifications@resurgent.com | Jul 01 2026 00:58:29 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15322644 | + Email/PDF: MarletteBKNotifications@resurgent.com | Jul 01 2026 00:58:42 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 15322650 | + EDI: CAPITALONE.COM | Jul 01 2026 04:50:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322646 | + EDI: CAPITALONE.COM | Jul 01 2026 04:50:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15331469 | EDI: CAPITALONE.COM | Jul 01 2026 04:50:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15322654 | EDI: CAPITALONE.COM | Jul 01 2026 04:50:00 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15322656 | + EDI: JPMORGANCHASE | Jul 01 2026 04:50:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15322658 | + EDI: JPMORGANCHASE | Jul 01 2026 04:50:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322660 | + EDI: CITICORP | Jul 01 2026 04:50:00 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322662 | + EDI: CITICORP | Jul 01 2026 04:50:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15322661 | + EDI: CITICORP | Jul 01 2026 04:50:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322663 | + EDI: CITICORP | Jul 01 2026 04:50:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322664 | + EDI: CITICORP | Jul 01 2026 04:50:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15322666 | + Email/Text: bankruptcy@clearviewfcu.org | Jul 01 2026 00:56:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322668 | + Email/Text: bankruptcy@clearviewfcu.org | Jul 01 2026 00:56:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322669 | + EDI: WFNNB.COM | Jul 01 2026 04:50:00 | Comenity Bank/Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 15322670 | + EDI: WFNNB.COM | Jul 01 2026 04:50:00 | Comenity Bank/Wayfair, Po Box 182789, |

| | | Columbus, OH 43218-2789 |
|---|---|---|
| 15322671 | + EDI: WFNNB.COM | |
| | | Jul 01 2026 04:50:00 Comenity Capital /Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15322672 | + EDI: WFNNB.COM | |
| | | Jul 01 2026 04:50:00 Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15322673 | + EDI: WFNNB.COM | |
| | | Jul 01 2026 04:50:00 Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 15336545 | EDI: Q3G.COM | |
| | | Jul 01 2026 04:50:00 Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15388301 | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Jul 01 2026 00:56:00 ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15322677 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Jul 01 2026 00:55:00 GS Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15322678 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Jul 01 2026 00:55:00 Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15329286 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
| | | Jul 01 2026 00:55:00 JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15337909 | + Email/Text: bankruptcy@webbank.com | |
| | | Jul 01 2026 00:55:00 Klarna, Inc., c/o WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15322681 | + EDI: CAPITALONE.COM | |
| | | Jul 01 2026 04:50:00 Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15322680 | + EDI: CAPITALONE.COM | |
| | | Jul 01 2026 04:50:00 Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335115 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 01 2026 00:58:30 LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15322684 | + EDI: LENDNGCLUB | |
| | | Jul 01 2026 04:50:00 LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15322682 | + EDI: LENDNGCLUB | |
| | | Jul 01 2026 04:50:00 LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15343347 | + EDI: LENDNGCLUB | |
| | | Jul 01 2026 04:50:00 LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15322687 | + Email/PDF: Bankruptcy_Prod@mohela.com | |
| | | Jul 01 2026 00:58:43 Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15322686 | + EDI: MAXMSAIDV | |
| | | Jul 01 2026 04:50:00 Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15326384 | EDI: MAXMSAIDV | |
| | | Jul 01 2026 04:50:00 Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15330781 | + Email/Text: bncnotifications@pheaa.org | |
| | | Jul 01 2026 00:55:00 PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15342990 | EDI: PRA.COM | |
| | | Jul 01 2026 04:50:00 Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15340514 | EDI: Q3G.COM | |
| | | Jul 01 2026 04:50:00 Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15340515 | EDI: Q3G.COM | |
| | | Jul 01 2026 04:50:00 Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15322689 | + Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | Jul 01 2026 00:56:00 Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15322688 | + Email/Text: bankruptcyteam@rocketmortgage.com | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 01 2026 00:56:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15329200 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Jul 01 2026 00:56:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15327796 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 01 2026 00:58:31 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15322691 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322690 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15323003 | + | EDI: PRA.COM | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15322693 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322692 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15322694 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15322695 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15322697 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322696 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15322699 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15322698 | + | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Select Comfort, Po Box 965036, Orlando, FL 32896-5036 |
| 15322700 | | EDI: SYNC | | |
| | | | Jul 01 2026 04:50:00 | Synchrony Bank/Sleep Number, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15329809 | ^ | MEBN | | |
| | | | Jul 01 2026 00:49:20 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573768 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Jul 01 2026 00:55:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15322701 | + | EDI: WFHOME | | |
| | | | Jul 01 2026 04:50:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15322703 | + | EDI: WFHOME | | |
| | | | Jul 01 2026 04:50:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15328124 | | EDI: WFCCSBK | | |
| | | | Jul 01 2026 04:50:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 78

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15322674 | | Debra Palochik |

District/off: 0315-2

Date Rcvd: Jun 30, 2026

User: auto

Form ID: 3180W

Page 5 of 6

Total Noticed: 84

| 15322679 | | Jessica Brown |
|---|---|---|
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15322643 | *+ | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15322645 | *+ | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 15322651 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322652 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322653 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322647 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322648 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322649 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322655 | * | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15322657 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15322659 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322667 | * | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15322685 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15322683 | *+ | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15322702 | *+ | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15322704 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15328980 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 4 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Joint Debtor Katie M. Hastie julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Debtor Darrell W. Hastie  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                                    User: auto                                              Page 6 of 6

Date Rcvd: Jun 30, 2026                                Form ID: 3180W                                          Total Noticed: 84

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8