**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    DARRELL W. HASTIE, JR.
    KATIE M. HASTIE
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:20-23469 JAD

Chapter 13

Document No.: 81

FILED
6/30/26 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___30th___ day of ___June___, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:



jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23469-JAD |
| Darrell W. Hastie, Jr. | Chapter 13 |
| Katie M. Hastie | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 30, 2026 | Form ID: pdf900 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darrell W. Hastie, Jr., Katie M. Hastie, 1705 Victoria Avenue, Arnold, PA 15068-4107 |
| cr | | Rocket Mortgage, LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15322665 | + | Citizens, c/o Heartland EDCS, PO Box 718, Wexford, PA 15090-0718 |
| 15322675 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15322676 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15344399 | + | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2026 00:58:36 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2026 00:56:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 00:58:30 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2026 00:58:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 01 2026 00:55:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15332019 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2026 00:56:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15322634 | + | Email/Text: bncnotifications@pheaa.org | Jul 01 2026 00:55:00 | AES/PHEAA, Pob 61047, Harrisburg, PA 17106-1047 |
| 15325597 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2026 00:58:30 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15322635 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 01 2026 00:55:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15322636 | + | Email/Text: bncnotifications@pheaa.org | Jul 01 2026 00:55:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15331614 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15322639 | + | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0315-2                          User: auto                          Page 2 of 5

Date Rcvd: Jun 30, 2026                       Form ID: pdf900                     Total Noticed: 82

| | | | Jul 01 2026 00:58:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15322638 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 00:58:37 | Amex, Po Box 8218, Mason, OH 45040-8218 |
| 15322637 | + | Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:43 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15322640 | + | Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 00:58:30 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15322641 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 01 2026 00:55:00 | Apple Credit Card, PO Box 7247, Philadelphia, PA 19170-0001 |
| 15322642 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 01 2026 00:58:29 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15322644 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 01 2026 00:58:30 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 15322650 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 00:58:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 00:58:29 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15331469 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 00:58:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15322654 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 00:58:34 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15322656 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 01 2026 00:58:29 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15322658 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 01 2026 00:58:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 00:58:37 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322662 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 00:58:37 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15322661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 00:58:44 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322663 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 00:58:37 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15322664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 00:58:31 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15322666 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 01 2026 00:56:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322668 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 01 2026 00:56:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322669 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2026 00:56:00 | Comenity Bank/Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 15322670 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2026 00:56:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15322671 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2026 00:56:00 | Comenity Capital /Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15322672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2026 00:56:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15322673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2026 00:56:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po |

District/off: 0315-2                              User: auto                                     Page 3 of 5
Date Rcvd: Jun 30, 2026                          Form ID: pdf900                                Total Noticed: 82

| | | | |
|---|---|---|---|
| | | | Box 183003, Columbus, OH 43218-3003 |
| 15336545 | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2026 00:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15388301 | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2026 00:56:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15322677 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 01 2026 00:55:00 | GS Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15322678 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 01 2026 00:55:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15329286 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 01 2026 00:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15337909 | + Email/Text: bankruptcy@webbank.com | Jul 01 2026 00:55:00 | Klarna, Inc., c/o WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15322681 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 00:58:42 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15322680 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 00:58:29 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335115 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 00:58:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15322684 | + Email/Text: Documentfiling@lciinc.com | Jul 01 2026 00:55:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15322682 | + Email/Text: Documentfiling@lciinc.com | Jul 01 2026 00:55:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15343347 | + Email/Text: Documentfiling@lciinc.com | Jul 01 2026 00:55:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15322687 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 01 2026 00:58:30 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15322686 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 01 2026 00:58:43 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15326384 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 01 2026 00:58:30 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15330781 | + Email/Text: bncnotifications@pheaa.org | Jul 01 2026 00:55:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15342990 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2026 00:58:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15340514 | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2026 00:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15340515 | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2026 00:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15322689 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 01 2026 00:56:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15322688 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 01 2026 00:56:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15329200 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 01 2026 00:56:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15327796 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 00:58:31 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| 15322691 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:41 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322690 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:41 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15323003 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 01 2026 00:58:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15322693 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:41 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322692 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:34 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15322694 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15322695 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:34 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15322697 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15322696 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:29 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15322699 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:34 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15322698 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:41 | Synchrony Bank/Select Comfort, Po Box 965036, Orlando, FL 32896-5036 |
| 15322700 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 01 2026 00:58:41 | Synchrony Bank/Sleep Number, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15329809 | ^ MEBN | | |
| | | Jul 01 2026 00:49:21 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573768 | + Email/Text: EBN@edfinancial.com | | |
| | | Jul 01 2026 00:55:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15322701 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Jul 01 2026 00:58:35 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15322703 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Jul 01 2026 00:58:35 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15328124 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Jul 01 2026 00:58:30 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 76

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15322674 | | Debra Palochik |
| 15322679 | | Jessica Brown |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15322643 | *+ | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15322645 | *+ | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 15322651 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322652 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15322653 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0315-2                          User: auto                                    Page 5 of 5
Date Rcvd: Jun 30, 2026                    Form ID: pdf900                          Total Noticed: 82

| 15322647 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322648 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322649 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15322655 | * | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15322657 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15322659 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322667 | * | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15322685 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15322683 | *+ | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15322702 | *+ | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15322704 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15328980 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 4 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Joint Debtor Katie M. Hastie julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Debtor Darrell W. Hastie  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8